UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



DEC 0 2 2019

Patricia Carias,

        Plaintiff,

—v—

Target Corporation, et al.,

        Defendants.

19-CV-2324 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    According to the Court's November 26, 2019, order in the above-captioned matter, Dkt. No. 16, a post-discovery status conference is scheduled for December 11, 2019. In light of this deadline, it is hereby ORDERED that by December 6, 2019, the parties shall meet and confer and submit a joint letter to the Court. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the S.D.N.Y. mediation program;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP; and

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates.

    SO ORDERED.

Dated: December 2, 2019
       New York, New York

                                              ALISON J. NATHAN
                                              United States District Judge